**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2898**

_____

NATIONAL LABOR RELATIONS BOARD,

Petitioner,

versus

WHITE OAK COAL COMPANY, and Its Alter Ego
and/or Successor Paroki Enterprises, Incorpo-
rated; ARLENE DEEL; JERRY DEEL; JAP LEASING,
INCORPORATED,

Respondents.

_____

On Application for Enforcement of an Order of the National Labor
Relations Board. (5-CA-16843, 5-CA-17008, 5-CA-17275)

_____

Submitted: February 20, 1996      Decided: March 21, 1996

_____

Before HALL and MURNAGHAN, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

_____

Enforced by unpublished per curiam opinion.

_____

John Duncan Burgoyne, Michael Messitte, Aileen A. Armstrong,
NATIONAL LABOR RELATIONS BOARD, Washington, D.C., for Petitioner.
White Oak Coal Company, Arlene Deel, Jerry Deel, Respondents Pro
Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

The National Labor Relations Board petitions for enforcement of its supplemental order issued on August 25, 1995, against the Respondents, White Oak Coal Co., Inc., and its alter ego and/or successor Paroki Enterprises, Inc., JAP Leasing, Inc., Arlene Deel, and Jerry Deel, Haysi, Virginia, their officers, agents, successors and assigns.[*] We grant the Board's motion for a default judgment against the corporate Respondents for their failure to respond to the Board's application for enforcement. Further, we find that substantial evidence on the record as a whole supports the Board's decision and that it is without reversible error. Accordingly, the Board's order of August 25, 1995 is enforced. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>ENFORCED</u>

---

[*] <u>White Oak Coal Co.</u>, 318 N.L.R.B. 89 (1995).